```
1  G. MARK ALBRIGHT, ESQ.
   Nevada Bar 001394
2  D. CHRIS ALBRIGHT, ESQ.
   Nevada Bar No. 004904
3  ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
   801 South Rancho Drive, Suite D-4
4  Las Vegas, Nevada 89106
   Tel: (702) 384-7111
5  Fax: (702) 384-0605
   gma@albrightstoddard.com
6  dca@albrightstoddard.com
   Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC; and CAMEL, LLC, | Case No. 2:18-cv-01101-RFB-GWF |
| Plaintiffs, | |
| vs. | |
| JONATHAN B. MARTIN, | SUBSTITUTION OF ATTORNEY |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiffs PAWS UP RANCH, LLC and CAMEL, LLC hereby substitute G. MARK ALBRIGHT, ESQ. and D. CHRIS ALBRIGHT, ESQ., of the law firm of Albright, Stoddard, Warnick & Albright, in the above entitled action in the place and stead of MICHAEL J. GAYAN, ESQ. and IAN P. McGINN, ESQ., of the law firm of Kemp, Jones & Coulthard, LLP.

DATED this 12th day of February, 2019.

PAWS UP RANCH, LLC
CAMEL, LLC

By_____
Name: Natalie Ginn
Title: Authorized Representative

We, G. MARK ALBRIGHT, ESQ. and D. CHRIS ALBRIGHT, hereby agree to be substituted in the place and stead of MICHAEL J. GAYAN, ESQ. an IAN P. McGINN, ESQ., of the law firm of Kemp, Jones & Coulthard, LLP.

DATED this 13 day of February, 2019.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By _____
G. Mark Albright, Esq. (NBN 00394)
D. Chris Albright, Esq. (NBN 004904)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Phone: (702) 384-7111
Fax: (702) 384-0605
Email: gma@albrightstoddard.com
dca@albrightstoddard.com

We, MICHAEL J. GAYAN, ESQ. and IAN P. McGINN, ESQ. of the law firm of Kemp, Jones & Coulthard, LLP hereby agree to the substitution of G. MARK ALBRIGHT, ESQ. and D. CHRIS ALBRIGHT ESQ. of the law firm of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, as attorneys for Plaintiffs in the above entitled action in our place and stead.

DATED this 13th day of February, 2019.

KEMP, JONES & COULTHARD, LLP

By _____
Michael J. Gayan, Esq. (NBN 11135)
Ian P. McGinn, Esq. (NBN 12818)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

APPROVED:
_____
UNITED STATES MAGISTRATE JUDGE
Dated: February 14th, 2019

- 2 -