G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
JORGE L. ALVAREZ, ESQ.
Nevada Bar No. 014466
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 014595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC; and CAMEL, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN B. MARTIN, and individual,<br><br>Defendant. | Case No. 2:18-cv-01101-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY FILING DATE** |

**COMES NOW**, Plaintiffs PAWS UP RANCH, LLC ("Paws Up" or "The Resort"), and CAMEL, LLC ("Camel"), by and through their counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT; and Defendant, JONATHAN B. MARTIN, and individual, by and through his counsel of record MICHAEL PARETTI, ESQ. of SNELL & WILMER L.L.P., and hereby stipulate and agree that Plaintiff's Reply to Defendant's Response to Plaintiffs' Motion to

/ / /
/ / /
/ / /
/ / /

Certify Questions of Law to the Supreme Court of Nevada, currently due March 22, 2019, be extended to and including March 29, 2019.

DATED this 20th day of March, 2019.      DATED this 20th day of March, 2019.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**      **SNELL & WILMER L.L.P.**

 */s/ Jorge L. Alvarez*      */s/ Michael Paretti*
G. MARK ALBRIGHT, ESQ., #1394      PAUL SWENSON PRIOR, ESQ., #9324
JORGE L. ALVAREZ, ESQ., #014466      MICHAEL PARETTI, ESQ., #13926
DANIEL R. ORMSBY, ESQ., #014595      3883 Howard Hughes Parkway, Suite 1100
801 South Rancho Drive, Suite D-4      Las Vegas, Nevada 89169
Las Vegas, Nevada 89106      Tel: 702.784.5200
Tel: 702.384.7111      sprior@swlaw.com
gma@albrightstoddard.com      mparetti@swlaw.com
jalvarez@albrightstoddard.com      *Attorneys for Defendant*
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of March, 2019.

Submitted by:
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

 */s/ Jorge L. Alvarez*
G. MARK ALBRIGHT, ESQ., #00394
JORGE L. ALVAREZ, ESQ., #014466
DANIEL R. ORMSBY, ESQ., #014595
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*