# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Paws Up Ranch, LLC et al

JUDGMENT IN A CIVIL CASE

Plaintiffs,

v.                                        Case Number: 2:18-cv-01101-RFB-EJY

Jonathan B. Martin

Defendant.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of Defendant against Plaintiffs. Plaintiffs are ordered to pay $10,00.00 to Defendant for attorneys' fees incurred as a result of the Emergency Motion to Remand to State Court.

| | |
|---|---|
| 9/30/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ J. Callo |
| | Deputy Clerk |