Paul Swenson Prior, Esq. (NV Bar No. 9324)
Michael Paretti, Esq. (NV Bar No. 13926)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
sprior@swlaw.com
mparetti@swlaw.com
*Attorneys for Defendant Jonathan B. Martin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC; and CAMEL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN B. MARTIN,<br><br>Defendant. | CASE NO. 2:18-cv-01101-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties through their below counsel acknowledge that the claims and disputes at issue in this action have been settled and resolved and on that basis released, and that the terms and conditions of the parties' release arrangements have been met and all obligations to make any payments or deliveries under their settlement have been satisfied;

WHEREAS, the parties further acknowledge Plaintiffs' full payment and satisfaction of the judgment entered on or about October 2, 2019;

///

///

///

///

///

///

///

///

NOW THEREFORE, it is hereby stipulated by and between Plaintiffs Paws Up Ranch, LLC and Camel, LLC and Defendant Jonathan B. Martin, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 11, 2020

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: */s/ G. Mark Albright*
G. Mark Albright, Esq.
Nevada Bar No. 1394
Jorge L. Alvarez, Esq.
Nevada Bar No. 14466
Daniel R. Ormsby, Esq.
Nevada Bar No. 14595
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
*Attorneys for Plaintiffs Paws Up Ranch, LLC and Camel, LLC*

Dated: August 11, 2020

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Jonathan B. Martin*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of August, 2020.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| ☐ | U.S. Mail |
| ☐ | U.S. Certified Mail |
| ☐ | Electronic Mail (E-mail) |
| ☐ | Overnight Mail |
| ☐ | Federal Express |
| ☐ | Hand Delivery |
| X | Electronic Filing |

and addressed to the following:

G. Mark Albright, Esq.
Jorge L. Alvarez, Esq.
Daniel R. Ormsby, Esq.
Albright, Stoddard, Warnick & Albright
801 S. Rancho Dr., Suite D-4
Las Vegas, NV 89106
*Attorneys for Plaintiffs Paws Up Ranch, LLC and Camel, LLC*

DATED August 11, 2020.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4835-5544-7744